IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-01023-MSK-KMT

SHANNON AMANN, MELISSA
ZINTSMASTER and CHARLES
ZINTSMASTER,

      Plaintiffs,

v.

NAVIENT SOLUTIONS, INC. and
SALLIE MAE BANK,

      Defendants.

---

**UNOPPOSED JOINT MOTION FOR ORDER COMPELLING ARBITRATION AND
STAYING ACTION PENDING ARBITRATION PURSUANT TO 9 U.S.C. § 3**

---

Plaintiffs Shannon Amann, Melissa Zintsmaster and Charles Zintsmaster (collectively, **Plaintiffs**) and Defendants Navient Solutions, Inc. f/k/a Sallie Mae, Inc. (**NSI**) and Sallie Mae Bank (**SMB**), by and through their undersigned counsel, jointly move for an order compelling arbitration and staying this action pending arbitration pursuant to 9 U.S.C. § 3.

D.C.COLO.LCivR 7.1(a) Certification: NSI and SMB's counsel certifies she conferred with Plaintiffs' counsel, Michael Agruss, prior to filing this motion. Plaintiffs do not oppose entry of an order compelling arbitration and staying this case and join in this Motion.

1.      Plaintiffs filed their First Amended Complaint (**FAC**) on June 17, 2016. (Doc. No. 18.)

2.      NSI filed its Answer to the FAC on July 5, 2016. (Doc. No. 25.)

3.      SMB has not yet filed an Answer or responsive pleading.

4.      Plaintiff Shannon Amann is the borrower on the following Loan Applications and Promissory Notes (the **Notes**) containing arbitration agreements (the **Arbitration Agreements**):

    a.   A Tuition Answer Loan Application and Promissory Note executed by Plaintiff Shannon Amann on July 14, 2006 and co-signed by Plaintiff Melissa Zintsmaster on July 12, 2006;

    b.   A Tuition Answer Loan Application and Promissory Note executed by Plaintiff Shannon Amann on October 14, 2006 and co-signed by Plaintiff Melissa Zintsmaster on December 14, 2006;

    c.   A Tuition Answer Loan Application and Promissory Note executed by Plaintiff Shannon Amann on February 6, 2007 and co-signed by Plaintiff Melissa Zintsmaster on February 6, 2007;

    d.   A Tuition Answer Loan Application and Promissory Note executed by Plaintiff Shannon Amann on March 9, 2007 and co-signed by Plaintiff Melissa Zintsmaster on March 9, 2007; and

    e.   A Tuition Answer Loan Application and Promissory Note executed by Plaintiff Shannon Amann on July 9, 2007 and co-signed by Plaintiff Charles Zintsmaster on July 9, 2007.

5.      The Arbitration Agreements provide either Plaintiffs or NSI the right to elect to arbitrate—and require any other party to arbitrate—any claim, dispute or controversy between them that arises from or relates in any way to the Notes.

6.      A dispute exists between Plaintiffs and NSI related to the Notes as a result of Plaintiffs filing the FAC.

7.      On July 19, 2016, NSI, through counsel, requested Plaintiffs proceed with arbitration in accordance with the Arbitration Agreements.  Plaintiffs agree to arbitrate the parties' dispute, including their claims against SMB.

8.      Plaintiffs, NSI and SMB agree this action should be stayed pending the parties' attempts to conduct informal settlement discussions and ultimately arbitration if those discussions do not result in a settlement.

9.      Plaintiffs, NSI and SMB agree the filing of any demand for arbitration with the American Arbitration Association or other arbiter authorized under the Arbitration Agreements shall not be made until thirty (30) days after a stay is entered by the Court pursuant to this request.

WHEREFORE, the Parties respectfully request the Court enter an order compelling arbitration of this dispute and enter an order staying all further proceedings in this action pending arbitration pursuant to 9 U.S.C. § 3.

Respectfully submitted this 22nd day of July, 2016.

<u>s/ Taylor T. Haywood</u>
Dennis N. Lueck, Jr. #44283
Taylor T. Haywood, #46664
**AKERMAN LLP**
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 260-7712
Fax: (303) 260-7714
Email:  dennis.lueck@akerman.com
Email:  taylor.haywood@akerman.com

*Attorneys for Defendants Navient Solutions,*
*Inc. and Sallie Mae Bank*


<u>s/ Samantha Craig</u>
Michael S. Agruss
Samantha Craig
**AGRUSS LAW FIRM, LLC**
4809 N. Ravenswood Avenue, Suite 419
Chicago, Illinois 60640
Telephone: (312) 224-4695
Email: michael@agrusslawfirm.com
Email: samantha@agrusslawfirm.com

*Attorneys for Plaintiffs*

*\*E-signature approved by counsel via e-*
*mail dated July 22, 2016*

## CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of July, 2016, a true and correct copy of the foregoing **UNOPPOSED JOINT MOTION FOR AN ORDER COMPELLING ARBITRATION AND STAYING ACTION PENDING ARBITRATION PURSUANT TO 9 U.S.C. § 3** was filed and served via the Court's CM/ECF system on the following:

Michael S. Agruss, Esq.
Samantha Craig, Esq.
ARGUSS LAW FIRM, LLC
4809 North Ravenswood Avenue, Suite 419
Chicago, IL 60640

*Counsel for Plaintiffs*


*s/ Nick Mangels*
Nick Mangels